**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MARK WAYNE THIBODEAUX** | : | **DOCKET NO. 18-cv-0483** |
| **D.O.C. # 89963** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES** |
| **DARREL VANNOY** | : | **MAGISTRATE JUDGE KAY** |

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 7), and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the Motion to Stay (Record Document 2) be **DENIED** and that the Petition for Writ of Habeas Corpus (Record Document 1) be **DENIED** and **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**